**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MARCOS CIRILO LUCRECIO, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-14-1465 |
| RAYMUNDO DEL RIO, *et al.*, | § § § | |
| Defendants. | § | |

**ORDER**

The plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, (Docket Entry No. 17), is granted. The defendants will file and produce to the plaintiffs the contract in Spanish with the English translation no later than **December 19, 2014**. The plaintiffs must respond to the motion to dismiss no later than **January 16, 2015**.

SIGNED on November 18, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge