## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| MARCOS CIRILO LUCRECIO, *et al.*, | § |
| | § |
| Plaintiffs, | § |
| | § |
| VS. | § CIVIL ACTION NO. H-14-1465 |
| | § |
| RAYMUNDO DEL RIO, *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER

The court has set this case for a jury trial beginning October 23, 2015 at 12:30 p.m. in Courtroom 11-B.  Jury selection will take place on **October 23, 2015 at 12:30 p.m.**  Opening statements and the presentation of evidence will begin on **October 28, 2015 at 8:30 a.m.**

SIGNED on October 13, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge